IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON                                    PLAINTIFF
ADC # 164517

v.                          Case No. 2:18-cv-00106-KGB

R. BARDON, *et al.*,                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied.

It is so adjudged this the 31st day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE